UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

|  |  |
|---|---|
| **KELLI CODY**<br>　　　**Plaintiff**<br><br>V.<br><br>**NOVA STAR CRUISES LIMITED &**<br>**FLEETPRO OCEAN, INC.**<br>　　　**Defendants** | )<br>)<br>)<br>)　**Civ. Act. No.:**<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR TRIAL

## GENERAL FACTUAL ALLEGATIONS

1.　The Plaintiff, Kelli Cody, is a resident of Peabody, Massachusetts.

2.　The Defendant, Nova Star Cruises Limited, is a corporation duly organized under the laws of Canada, with a principal place of business at Yarmouth, Nova Scotia, Canada.

3.　On or about 2014, the Defendant, Nova Star Cruises Limited was in the business of running an international cruise ferry service between Portland, Maine and Nova Scotia.

4.　On or about 2014, the Defendant, Nova Star Cruises Limited was doing business in the State of Maine.

5.　On or about September 12, 2014, the Defendant, Nova Star Cruises Limited owned a 528 foot passenger and vehicle ferry named MS NOVA STAR.

6.　On or about September 12, 2014, the Defendant, Nova Star Cruises Limited operated MS NOVA STAR.

7.　On or about September 12, 2014, the Defendant, Nova Star Cruises Limited controlled MS NOVA STAR.

8. The Defendant, Nova Star Cruises Limited chartered from some other person or entity such that, on or about September 12, 2014, the Defendant, Nova Star Cruises Limited was the owner pro hac vice of MS NOVA STAR.

9. The Defendant, FleetPro Ocean, Inc., is a corporation duly organized under the laws of Florida, with a principal place of business at Miami, Florida

10. On or about 2014, the Defendant, FleetPro Ocean, Inc. was in the business of managing an international cruise ferry service between Portland, Maine and Nova Scotia.

11. On or about 2014, the Defendant, FleetPro Ocean, Inc. was doing business in the State of Maine.

12. On or about September 12, 2014, the Defendant, FleetPro Ocean, Inc. owned a 528 foot passenger and vehicle ferry named MS NOVA STAR.

13. On or about September 12, 2014, the Defendant, FleetPro Ocean, Inc. operated MS NOVA STAR.

14. On or about September 12, 2014, the Defendant, FleetPro Ocean, Inc. controlled MS NOVA STAR.

15. The Defendant, FleetPro Ocean, Inc. chartered from some other person or entity such that, on or about September 12, 2014, the Defendant, FleetPro Ocean, Inc. was the owner pro hac vice of MS NOVA STAR.

16. On or about September 12, 2014, MS NOVA STAR was in navigable waters.

17. On or about September 12, 2014, the Plaintiff, Kelli Cody was a paying passenger aboard MS NOVA STAR.

18. On or about September 12, 2014, the Plaintiff, Kelli Cody sustained serious and permanent injury.

19. Prior to and at the time she sustained the above-mentioned personal injuries, the Plaintiff, Kelli Cody was exercising due care.

## JURISDICTION

20. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332. In the event that diversity jurisdiction does not apply, this matter is being brought under the admiralty and maritime jurisdiction of the Court.

## COUNT I

21. The Plaintiffs reiterates the allegations set forth in paragraphs 1 through 19 above.

22. The personal injuries sustained by the Plaintiff, Kelli Cody, were not caused by any fault on her part, but were caused by the negligence, gross negligence, willful, wanton or outrageous conduct and reckless indifference for the rights of others by the Defendant, Nova Star Cruises Limited, its agents, servants and/or employees.

23. As a result of said injuries, the Plaintiff, Kelli Cody, has suffered pain of body and anguish of mind, lost time from her usual work and pursuits, incurred medical expenses, and has sustained and will sustain other damages as will be shown at trial.

WHEREFORE, the Plaintiff demands judgment against the Defendant, Nova Star Cruises Limited for all damages recoverable under the law against the Defendant, Nova Star Cruises Limited, together with interest and costs.

## COUNT II

24. The Plaintiffs reiterates the allegations set forth in paragraphs 1 through 19 above.

25. The personal injuries sustained by the Plaintiff, Kelli Cody, were not caused by any fault on her part, but were caused by the negligence, gross negligence, willful, wanton or

outrageous conduct and reckless indifference for the rights of others by the Defendant, FleetPro Ocean, Inc. its agents, servants and/or employees.

26. As a result of said injuries, the Plaintiff, Kelli Cody, has suffered pain of body and anguish of mind, lost time from her usual work and pursuits, incurred medical expenses, and has sustained and will sustain other damages as will be shown at trial.

WHEREFORE, the Plaintiff demands judgment against the Defendant, FleetPro Ocean, Inc for all damages recoverable under the law against the Defendant, FleetPro Ocean, Inc together with interest and costs.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES RAISED HEREIN.**

Respectfully submitted for the
the Plaintiff, KELLI CODY
by her attorney,

/s/ Carolyn M. Latti
Carolyn M. Latti
BBO #8074
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated:  August 7, 2015